UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Nevada Silverpony a/k/a
Jerry D. Ekker,

           Petitioner,

vs.                                    ORDER ADOPTING REPORT
                                            AND RECOMMENDATION

Kevin Goodno, Commission of
Human Services for the State of
Minnesota; and Attorney General
of the State of Minnesota,

           Respondents.                 Civ. No. 07-4558 (JMR/RLE)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

      Based upon the Report and Recommendation of the United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings in the above-entitled matter, **IT IS ORDERED:**

      1.      That the Petition for a Writ of Habeas Corpus [Docket No. 1] is denied.

      2.      That the Respondents' Motion to Dismiss [Docket No. 7] is denied as moot.

Dated: July 28, 2008                                        s/James M. Rosenbaum
                                                             Judge James M. Rosenbaum
                                                              United States District Court